**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7228**

WRITER'S EMAIL ADDRESS
**lukenikas@quinnemanuel.com**

October 24, 2023

**VIA ECF**
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, NY 10007

**RE:**   *David Benrimon Fine Art LLC v. Galerie Son, et al.*, **No. 23-cv-02614 (JHR)**

Dear Judge Rearden:

I write on behalf of Plaintiff David Benrimon Fine Art LLC ("DBFA") in response to Your Honor's Order to Show Cause dated October 17, 2023 (ECF No. 13) ("Order"), requesting that DBFA file a letter explaining why it has not served Defendants within the 90 days prescribed by Rule 4(m). The time limits in Rule 4(m) are inapplicable because the Defendants are located in a foreign country.

Rule 4(m) "does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1)." Fed. R. Civ. P 4(m). Here, the Defendants are located in Germany, which is a party to the Hague Convention. *See* Compl. (ECF No. 1) ¶¶ 6-8; Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Art. 2-6. We therefore engaged a third-party vendor who has been in the process of serving Defendants in accordance with Hague procedures. As of yesterday, however, two of the three Defendants agreed to accept service by email, which we made today and will be filing an affidavit of service to verify.

We are continuing to work as quickly as possible to serve the remaining Defendant. We are also attempting to reach a resolution with Defendants, and just yesterday we reached a partial resolution, subject to certain conditions occurring over the next few weeks, regarding one of the two artworks at issue. Meanwhile, as the Court ordered, we sent a copy of the Order to Defendants.

Respectfully submitted,

*/s/ Luke Nikas*

Luke Nikas

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH