UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BENRIMON FINE ART LLC,

Plaintiff,

-AGAINST-

GALERIE SON, MIHYUN SON, AND MAX
KOFFLER,

Defendants.

Case No. 23-cv-02614 (JHR)

**DECLARATION OF SERVICE**

## DECLARATION OF LUKE NIKAS

Pursuant to 28 U.S.C. § 1746, Luke Nikas, an attorney duly admitted to practice law before the United States District Court for the Southern District of New York, hereby declares under the penalty of perjury the following:

1.      I am a Partner at the firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Plaintiff David Benrimon Fine Art LLC ("DBFA") in this matter.

2.      I am more than eighteen years old and not a party to this action.

3.      On October 24, 2023, I served by electronic mail a true and correct copy of the following documents on Galerie Son and Mihyun Son: (1) DBFA's Complaint (ECF No. 1); (2) Summons to Galerie Son (ECF No. 10); and (3) Summons to Mihyun Son (ECF No. 12).

4.      Galerie Son and Mihyun Son expressly agreed to receive electronic service of these documents, and they acknowledged receipt of the documents on October 24, 2023.

5.      On October 30, 2023, I served by electronic mail the following additional documents upon Galerie Son and Mihyun Son: (1) Electronic Case Filing Rules & Instructions for the Southern District of New York; and (2) Your Honor's Individual Rules and Practices in Civil Cases.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2023                       By: _/s/ Luke Nikas_____