# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

David Benrimon Fine Art LLC

**Plaintiff(s),**

**- against -**

Galerie Son, Mihyun Son, and Max Koffler

**Defendant(s),**

-----------------------------------------------------------X

23 Civ. 02614 (JHR)

## CLERK'S CERTIFICATE
## OF DEFAULT

**I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on March 28, 2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Galerie Son, Mihyun Son, and Max Koffler by personally serving all three Defendants in accordance with German law, *and proof of service was therefore filed on* April 5, 2024 *, Doc. #(s)* 16-18 .

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

_____, 20 24

**RUBY J. KRAJICK**
**Clerk of Court**

By: _____
**Deputy Clerk**