UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BENRIMON FINE ART LLC,

                    Plaintiff,

         -AGAINST-

GALERIE SON, MIHYUN SON, AND MAX KOFFLER,

                    Defendants.

1:23-cv-02614 (JHR)

**DECLARATION OF LUKE NIKAS IN SUPPORT OF MOTION
FOR ENTRY OF PARTIAL DEFAULT JUDGMENT**

I, Luke Nikas, declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for David Benrimon Fine Art LLC ("Benrimon"), and a member in good standing of the bar of New York and the bar of this Court.  I submit this declaration in support of Benrimon's motion for entry of partial default judgment.

2.    Benrimon's Complaint in this action was filed on March 28, 2023.  *See* ECF No. 1. A true and correct copy of the Complaint, including the contracts underlying Benrimon's claims, is attached as Exhibit A.

3.    Defendant Mihyun Son and Max Koffler were properly served in accordance with German law under the Hague Service Convention on September 20, 2023.  *See* ECF Nos. 17-18. Defendant Galerie Son was properly served in accordance with German law under the Hague Service Convention on October 4, 2023.  *See* ECF No. 16.  In addition, the parties were properly served under a contractual service provision permitting e-mail service.

1

2

4. In October 2023, the parties entered into a Partial Settlement Agreement that released Defendants from Benrimon's claims concerning one of the two artworks at issue in the Complaint. However, Benrimon's claims concerning the other work at issue in the Complaint remain live. A true and correct copy of the Partial Settlement Agreement is attached as Exhibit B.

5. Despite being served in accordance with German law more than six months ago, Defendants have failed to plead or otherwise defend the action's remaining claims.

6. A true and correct copy of the Clerk's Certificate of Default (ECF No. 21) is attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of June, 2024.

Dated: June 3, 2024

*/s/ Luke Nikas*
Luke Nikas