DAVID BENRIMON FINE ART LLC,

PLAINTIFF,

-AGAINST-

GALERIE SON, MIHYUN SON, AND MAX KOFFLER,

DEFENDANTS.

1:23-cv-02614 (JHR)

Honorable Jennifer H. Rearden

**DECLARATION OF SERVICE**

I, Luke Nikas, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm Quinn Emanuel Urquhart & Sullivan LLP, counsel for Plaintiff David Benrimon Fine Art LLC in the above-captioned action, and a member in good standing of the bar of New York and the bar of this Court.

2. On June 3, 2024, a Notice of Motion, Memorandum of Law In Support of Default Judgment as to all Defendants, Declaration of Luke Nikas In Support of Motion for Entry of Partial Default Judgment, and Proposed Final Judgment (Dkts. 23, 26, 27, 28) were transmitted to Defendants Galerie Son, Mihyun Son, and Max Koffler via email.

3. The parties were properly served under a contractual service provision in which the parties agreed to email service of all court documents in this matter.

4. I also emailed this Declaration of Service to the Defendants on April 8, 2025, before filing it with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

April 8, 2025            By: _/s/ Luke Nikas_

Luke Nikas