USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID BENRIMON FINE ART LLC,

                    Plaintiff,

-v.-

GALERIE SON et al.,

                    Defendants.

23 Civ. 02614 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Plaintiff's motion for a default judgment, ECF No. 23, is hereby GRANTED. The case is referred to the designated Magistrate Judge, Judge Stewart Aaron, for an inquest on damages pursuant to Fed. R. Civ. P. 55(b)(2).

    The Clerk of Court is directed to terminate ECF No. 23.

    SO ORDERED.

Dated: June 24, 2025
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge