# EXHIBIT A





**LUKE NIKAS**
Partner
New York Office
Tel: +1 212 849 7228
Fax: +1 212 849 7100
E-mail: lukenikas@quinnemanuel.com

Luke Nikas is a partner in the firm's New York office. His clients entrust him with their most significant legal challenges, in both trials and appeals. He is widely recognized as one of the top lawyers in the country and has been selected as a *Law360* MVP and named to *Lawdragon's* list of the 500 Leading Lawyers in America, *Lawdragon's* list of the 500 Leading Plaintiff Financial Lawyers in the category of Business Litigation, *Benchmark Litigation's* "Under 40 Hot List," *Crain's New York* 40 Under 40, the *New York Law Journal's* list of Rising Stars, the *Best Lawyers in America*, and the Super Lawyers list by *New York Super Lawyers*. He has been described in *The Legal 500* as "whip-smart," in *Lawdragon* as a "litigation star," and in *Chambers USA* as "a sharp litigator and tough lawyer who knows how to do aggressive … litigation when the stakes are high. He is very good at what he does." *Chambers USA* further states that "Luke is an exceptional attorney," a "really, really smart" and "fearsome lawyer" who "sees the big picture and . . . [is] a great lawyer to have on your side," and is "absolutely amazing on his feet; he can come into court and have no notes. His trial experience and ability to convey and argue for clients is just top-notch." Luke has also been praised for his highly creative solutions in seemingly intractable cases: in a recent matter, *Reuters* lauded Luke for his "uncommonly interesting lawyering" and called his strategy a "pièce de résistance" and "surprise move" that "completely blindsided" his opponents. He has been honored as a "Litigator of the Week" by *The American Lawyer*.

Luke represents individuals and companies in almost every type of litigation across the globe, including in an array of industries such as art, advertising, banking, consumer goods, law firm business, insurance, pharmaceutical, health care, professional sports, media and entertainment, technology, and real estate. He has represented numerous Fortune 50, 100, and 500 companies, celebrities and other prominent individuals, and high-net worth individuals, and has been called upon as a trusted advisor by these and other clients involved in highly sensitive matters that require sound judgment and discretion and in disputes where civil, criminal, and public relations concerns intersect. Among several other cases, Luke successfully defended Alec Baldwin at trial in the criminal case arising out of the accident on the *Rust* movie set, won a dismissal (affirmed on appeal) of a lawsuit against a major auction house arising out of a cancelled sale of a significant painting, won a multi-million dollar dispute between two managing partners of a large New York City law firm, obtained the dismissal of a $400 million class action against a New York City real estate firm, won an appeal in the New York State Court of Appeals on behalf of workers who cleaned up downtown Manhattan after 9-11, and won hundreds of millions of dollars on behalf of clients in antitrust price-fixing cases. During the credit crisis, Luke advised several investment banks regarding approximately $200 billion in troubled credit transactions.

00811-90009/9690609.2

Luke also is Co-Chair of the firm's Art Litigation and Disputes Practice and has one of the most prominent and successful art litigation practices in the world. A prominent art publication called him one of the most "highly influential" art lawyers in the world after he led the defense in an art forgery case dubbed by ArtNews as "The Art Trial of the Century." The media has called him a "star art litigator," he was awarded the 2021 and 2024 "Art Lawyer of the Year" by *Best Lawyers*, he's been described in the *New York Times* as a "top art lawyer," and *Reuters* has observed that "[i]f there's a high-stakes fight in the art world, there's a good chance … Luke Nikas is front and center." *Chambers USA* adds that "Luke is known for being the go-to person for high-level work" in art cases and further noted, "He is a superstar." Luke has been appointed as a *Lecturer on Law* at Harvard Law School, where he teaches Harvard's course on Art Law Litigation. He represents several of the most significant participants in the art world, including major artists, art foundations, museums and museum directors, art collectors, dealers, galleries, auction houses, conservators, and art investment companies. Among several other matters, he has recovered priceless works of art by Andy Warhol and Pablo Picasso; prosecuted and defended fraud, contract, negligence, and racketeering cases involving allegations of forgery and problematic provenance; located stolen artwork in foreign jurisdictions and countries; litigated disputes regarding art contracts and transactions, ownership of art, and transfers under the UCC; obtained insurance coverage for clients facing art-related lawsuits; advised catalogues raisonné about litigation risk management; handled numerous copyright and trademark matters for artists, companies, and foundations, including issues related to fair use, non-infringement, the Digital Millennium Copyright Act, and the Architectural Works Copyright Protection Act; and advised prominent individuals regarding repatriation issues. He has also advised clients regarding the sales and attempted sales of NFTs, and recently obtained a preliminary injunction in federal court that successfully prevented the sale of an unauthorized NFT of a well-known music album.

Luke is sought after for his expertise and commentary. He has been profiled and interviewed extensively, including by *Bloomberg*, *Gagosian Quarterly*, and *Lawdragon*. He has been interviewed by Anderson Cooper on CBS's 60 Minutes, CNBC's show American Greed, and for various podcasts, movies, a *Netflix* documentary, news articles, and publications. He co-founded an international arbitration court, called the Court of Arbitration for Art, that is dedicated to the resolution of art law disputes and was nominated for "Best Innovation" in the field of arbitration by the Global Arbitration Review. He has also given numerous lectures and presentations, including at the New York State Legislature, National Arts Club, Columbia Law School, Harvard Law School, New York University Law School, University of Virginia Law School, New York Law School, the Appraisers' Association Art Law Day, the Center for Art Law's inaugural "Distinguished Lecture," University of Southern California Intellectual Property Institute, Mondo. NYC music conference, Sotheby's Art Institute, the Gagosian Artists' Archives & Estates Symposium, the New York City Bar Association's Art Law Committee, and the International Arbitration Club of New York.

Luke earned his J.D. from Harvard Law School, where he graduated *magna cum laude*.

## NOTABLE REPRESENTATIONS

*Luke has deep experience representing clients in disputes arising out of several industries, including the following notable matters:*

00811-90009/9690609.2    2

Represented New York City real estate firm in $400 million class action regarding condominium conversion, successfully obtaining complete dismissal of case.

Represented New York City real estate firm in appeal of adverse trial verdict, obtaining reversal of verdict.

Successfully represented New York City real estate firm in litigation against former joint venture partner.

Represented workers who cleaned up downtown Manhattan after 9-11, prevailing on appeal in the New York State Court of Appeals.

Represented Fortune 100 investment banks in disputes over $200 billion of troubled mergers, navigating disputes to successful resolution.

Representing major corporations in class action defense related to product advertising claims.

Representing major corporation in various matters arising out of sale of major consumer products business.

Representing major corporation in matter related to sale of consumer products.

Represented world-class athlete in contract dispute with former coach, successfully obtaining complete dismissal of the case on a motion to dismiss.

Represented famous actor in defamation litigation, successfully obtaining dismissal of action.

Represented famous musician and recording company in matter involving the sale of an unauthorized NFT, successfully obtaining a preliminary injunction to stop the sale of the NFT.

Representing Alec Baldwin in multiple actions and criminal case arising out of accidental death of the cinematographer on a movie set, including successfully defending Baldwin in criminal trial.

Represented major corporation in purchase price adjustment dispute arising out of acquisition, obtaining successful settlement of the matter.

Recovered hundreds of millions of dollars for clients in antitrust price-fixing cases involving international cartels.

Successfully represented the managing partner of a major New York City law firm in litigation regarding one of the most complicated law firm dissolutions to-date, involving tens of thousands of firm clients.

Defended First Amendment rights of Pulitzer Prize-winning author in responding to grand jury subpoenas seeking confidential information.

Successfully represented CBS in response to subpoena seeking trade secrets, obtaining protection against disclosure of document.

Represented manufacturer in First Amendment action against N.Y. State, resulting in successful invalidation of state law.

Represented nationwide pharmacy group in litigation against distributor, successfully obtaining emergency restraining order that preserved the flow of life-saving medications.

Represented former U.S. ambassador in dispute with insurance companies, resulting in coverage that had been previously denied.

Successfully represented minority owner of business in dissolution litigation and other disputes regarding the breakup of the business.

Successfully represented significant multi-level marketing company in arbitration with former distributor of products.

***Luke has represented prominent artists, collectors, art galleries, foundations, estates, art investment firms, art dealers, conservators, and others in art-related cases, including the following notable matters:***

Successfully recovered Andy Warhol painting of Elizabeth Taylor for Andy Warhol Foundation in lawsuit against Warhol's bodyguard.

Successfully defended Andy Warhol Foundation in several lawsuits seeking authentication of artwork, winning complete dismissal and prevailing on appeal.

Successfully defended Andy Warhol Foundation in defense of lawsuit relating to the ownership of Warhol works depicting Wayne Gretzky.

Successfully represented Andy Warhol Foundation in lawsuit against insurance company seeking to recover under D&O and E&O insurance policies related to art-authenticity litigation.

Representation of Andy Warhol Foundation against photographer in high-profile copyright litigation involving whether Andy Warhol's works depicting the music artist Prince made fair use of photographs of Prince.

Represented Ann Freedman, former president of Knoedler Gallery, one of the most prominent art galleries in the world before its closure, in ten lawsuits arising from $60 million in sales of forged artwork previously believed to be by Abstract Expressionist artists such as Jackson Pollock, Mark Rothko, Willem de Kooning, and Clyfford Still, bringing all investigations and cases to a successful ending.

Successfully recovered stolen Pablo Picasso painting for art collector Wilma Tisch.

Representation of Morgan Art Foundation Ltd., the long-time patron of the artist Robert Indiana, famous for his LOVE sculpture, in litigation involving the works of Robert Indiana.

Representation of major art gallery in dispute with prominent collector.

00811-90009/9690609.2  4

Representation of major art gallery in various matters regarding intellectual property rights.

Represention of major art gallery in litigation over acquisition of forged artwork.

Representation of several museum directors and executive directors in negotiating departures from world-renowned museums and foundations.

Representation of internationally recognized artist in copyright disputes stemming from the sale of works in the United States and abroad.

Representation of major auction house in defense of lawsuit by consignor related to the termination of a consignment agreement during COVID, successfully obtaining a complete dismissal of the case and affirmance of dismissal on appeal.

Representation of major auction house in lawsuit against consignor of forged artwork.

Successful representation of major New York City gallery in disputes in both Paris and New York against potential purchaser regarding failed art transaction.

Successful representation of artist Peter Beard in defense of litigation with celebrity David Spade regarding authenticity of Beard's work and the Beard Studio's authentication practices.

Representation of prominent California-based estate regarding the theft of significant works of art.

Representation of prominent collectors regarding repatriation issues concerning works in art collection.

Representation of art investment firm in bankruptcy proceedings involving the theft of art by a New York art dealer.

Representation of art investment firm in RICO case involving acquisition of art from a New York art dealer, successfully obtaining dismissal of claims and sanctions against opposing counsel.

Representation of art conservator in litigation, risk assessment, and advice in relation to transactions with museums and auction houses regarding the conservation and evaluation of fine art.

Representation of Fortune 100 company in copyright litigations involving use of artworks in social media.

Representation of various catalogues raisonné regarding litigation risk management and advice.

## EDUCATION

Harvard Law School
(J.D., *magna cum laude*)

00811-90009/9690609.2  5

State University of New York at Albany
(B.A., *summa cum laude,* Philosophy)
  Phi Beta Kappa
  Presidential Scholar

**AWARDS**

Chambers USA, Band 1 ranking

Lawyer of the Year, *Best Lawyers in America*, Art Law (2021 and 2024)

500 Leading Lawyers in America, *Lawdragon,* Business Litigation

500 Leading Litigators in America, *Lawdragon*

500 Leading Plaintiff Financial Lawyers, *Lawdragon*

MVP award, *Law360*

*Crain's New York Business*, 40 Under 40 Award

40 & Under Hot List, General Commercial, *Benchmark Litigation*

The Legal 500, General Commercial Disputes, Honored as "Next Generation Partner"

Best Lawyers in America, Commercial Litigation, *BestLawyers*

Best Lawyers in America, Art Law, *BestLawyers*

Litigator of the Week, *The American Lawyer*

Super Lawyers List, *New York Super Lawyers*

"Rising Star," *New York Law Journal*

New York Rising Star, *Super Lawyers*

Listed among the most "highly influential" art lawyers in the world

Professional Responsibility Award, Northeast Region of the Association of Corporate Counsel

**PUBLICATIONS AND LECTURES**

*Art Law,* chapter in Robert Haig, ed., BUSINESS AND COMMERCIAL LITIGATION IN FEDERAL COURT (5th Ed., 2021).

*The Mediation and Arbitration of International Art Disputes*, THE ART LAW REVIEW (2021).

*Copyright Does Not Transfer with the Gift,* Chapter 24 in GIVE AND TO RECEIVE: A HANDBOOK ON COLLECTION GIFTS AND DONATIONS FOR MUSEUMS AND DONORS (American Alliance of Museums, 2nd Ed. 2020).

Firm Memorandum, Appropriation Art: An International Divide (Oct. 2019).

Firm Memorandum, *Rentmeester v. Nike*: Copyright Protection for Photography (Jan. 2019).

*A Complete View of the Cathedral: Claims of Tortious Interference and the Specific Performance Remedy in Mergers and Acquisitions Litigation,* 3 UNIVERSITY OF MICHIGAN JOURNAL OF PRIVATE EQUITY & VENTURE CAPITAL LAW 1 (2014).

*Rethinking the Use of Foreign Law and Public Consensus: The U.S. Supreme Court's Inconsistent Methods for Defining Constitutional Rights,* 13 LEWIS & CLARK LAW REVIEW 1007 (2009).

*Tenth Circuit Litigators Beware: The Intersection of Rules 26 and 56, Hackworth v. Progressive and the Celotex Trilogy,* 32 OKLAHOMA CITY UNIVERSITY LAW REVIEW 355 (2007).

## PRIOR ASSOCIATIONS

Law Clerk to the Honorable William J. Holloway, Jr.:
        U.S. Court of Appeals for the Tenth Circuit

## ADMISSIONS

The State Bar of New York



quinn emanuel trial lawyers
quinn emanuel urquhart & sullivan, llp

**MAAREN A. SHAH**
Partner
New York
Tel: +1 212-849-7452
Fax: +1 212-849-7100
E-mail: maarenshah@quinnemanuel.com

Maaren Shah specializes in high-stakes litigation and complex legal disputes, often involving high-profile cases and crisis situations. She also frequently acts as a strategic counselor on her clients' challenging and non-public business or legal issues. Ms. Shah is very adept at handling matters involving media exposure, public scrutiny, or reputational risk, both behind the scenes and when these issues spill out into public view. She focuses her practice on business and commercial litigation, as well as arts, fashion, media and entertainment matters. As a seasoned trial lawyer, she has represented clients as lead counsel in many state and federal trial and appellate courts, as well as in arbitration hearings. She is a Founding Co-Chair of the firm's Art Litigation and Disputes Practice and Co-Chair of the firm's Insurance Practice.

She has been recognized, among many other awards, by the Lawdragon 500 as a Leading Litigator in America (2024-2025) and Leading Global Litigator (2021, 2023, 2024), Leading Energy Lawyers, Energy Litigation (2025), Leading Global Entertainment, Sports & Media Lawyers, Litigation – Art (2025), ranked by Chambers USA in Litigation: General Commercial (2024), and named by The Best Lawyers in America for Art Law (2020, 2021) and the Lawdragon 500 as a Leading Litigator in Complex Commercial Litigation, including Art (2023). She graduated with distinction from Stanford Law School and clerked for the Honorable Robert D. Sack on the Second Circuit U.S. Court of Appeals. She also presently serves as a visiting faculty member and a member of the Board of Visitors at Stanford Law School.

## REPRESENTATIVE CLIENTS

- Elliott Management Corporation
- Sixth Street Partners
- Vista Equity Partners
- Och-Ziff Capital Management
- AIG (American International Group)
- Lexington Insurance Company
- American Home Assurance Company
- AmTrust Financial
- Hess Corporation
- Mercuria Energy Trading S.A.
- FirstEnergy Generation LLC

- Oxy USA, Inc.
- The Andy Warhol Foundation
- Morgan Art Foundation
- Artist Richard Prince
- Artist Derek Fordjour
- Artist Mary Weatherford
- Phillips Auctioneers
- Gagosian Gallery
- Pace Gallery
- Petzel Gallery
- Marc Jacobs International
- Chanel USA and Chanel International
- LVMH Louis Vuitton Moet Hennessy
- Elite World Model Management
- The Society Model Management
- Kendall Jenner
- Ariel Emanuel
- Patrick Whitesell
- Mark Shapiro
- Alec Baldwin
- M. Patrick Carroll

## NOTABLE REPRESENTATIONS

Represents investment banking advisory firm Ducera Partners as lead counsel in eight week trial adverse to Perella Weinberg Partners concerning contractual and tort claims valued in excess of $100 million.

Represents Jonesworks and Stephanie Jones in breach of contract and defamation litigation against Justin Baldoni and Wayfarer Studios, among others.

Represents Ari Emanuel, Patrick Whitesell, Mark Shapiro and associated entities in disputes concerning the take-private merger between Endeavor and SilverLake.

Represented private equity and credit funds including Sixth Street Partners and Golub Capital in litigation and related arbitrations challenging the proposed merger between Neuberger Bergman's Dyal Capital Partners division and Owl Rock Capital.

Obtained full defense victory for AIG affiliates in a jury trial in Delaware Superior Court in a seven-figure dispute where jury found that AIG's policyholder had committed fraud, acted in bad faith, and breached policy provisions, resulting in a take-nothing verdict.

Represents AIG affiliates in various litigations concerning the availability of business interruption insurance coverage resulting from COVID-19 business closures and obtained full defense victory for AIG affiliate in landmark case concerning such coverage in a healthcare setting.

regulatory and contractual decommissioning obligations for several former oil and gas producing assets in the Gulf of Mexico.

Represented Hess Corporation in Fifth Circuit appeal concerning $250 million dispute with Schlumberger Technology Corporation concerning non-performing subsurface safety valve equipment.

Represents and advises Chanel in brand protection and IP matters.

Represents LVMH Louis Vuitton Moet Hennessy and associated Maisons with corporate and brand protection/IP matters.

Represents and advises Marc Jacobs in brand protection and IP matters.

Represents contemporary artist Richard Prince in copyright/fair use disputes concerning his "Instagram" New Portraits series of artworks.

Represented artist Derek Fordjour in contract dispute with former art dealer that implicated NY public policy concerning predatory practices toward artists.

Represents M. Patrick Carroll in a variety of matters including advising in connection with the sale of assets in the Carroll Companies to RMR.

Represented The Andy Warhol Foundation in copyright infringement lawsuit concerning whether Warhol made fair use of a photograph of the late recording artist known as "Prince" in connection with his 1984 series of 16 paintings and drawings of Prince.

Represented Elite World S.A. and supermodel Kendall Jenner in litigation with Italian fashion brand concerning a modeling contract.

Represented Elite World S.A. and Men Women N.Y. Model Management Inc. in litigation with Elite N.Y. Model Management concerning unlawful competition and solicitation of models and model managers.

Represents Morgan Art Foundation against the Estate of Robert Indiana and others in a lawsuit concerning the foundation's rights in and protection of the late artist Robert Indiana's artworks and artistic legacy.

Represented Knoedler Gallery, one of the most prominent art galleries in the world, in lawsuits arising from $60 million in sales of forged artwork previously believed to be by Abstract Expressionist artists such as Jackson Pollock, Mark Rothko, Robert Motherwell, and Willem de Kooning, until those cases were brought to successful resolution.

Represents Phillips Auctioneers in a variety of matters and obtained landmark victory for Phillips Auctioneers in the S.D.N.Y. and Second Circuit concerning effect of force majeure clause following pandemic-related auction postponements.

Represented Elliott Management Corporation's NML Capital Ltd. against the Republic of Argentina relating to Argentina's decade-old default on sovereign debt.

## EDUCATION

Stanford Law School
(J.D., *with Distinction*, 2007)

University of Pennsylvania
(B.A., *magna cum laude*, *with honors*, Economics; Spanish, 2003)

## AWARDS

Selected to *Lawdragon 500* Leading Global Entertainment, Sports & Media Lawyers, Litigation – Art (2025)

Selected to Lawdragon 500 Leading Energy Lawyers, Energy Litigation (2025)

Selected to *Lawdragon 500* Global Litigation Lawyers guide (2021, 2023, 2024, 2025)

Selected to *Lawdragon 500* Leading Litigators in America guide (2024, 2025)

Selected to *Lawdragon 500* as Leading Litigator in Complex Commercial Litigation, inc. Art (2023-2025)

Selected to *The Best Lawyers in America*, in Art Law (2020-2021)

Recognized by *Benchmark Litigation* as a Future Stars (2023 – 2024)

Ranked in *Legal 500 USA* Dispute Resolution: General Commercial Disputes "Next Generation Partner", "Recommended Lawyer" (2023-2024)

Selected to *Lawdragon 500* Leading Plaintiff Financial Lawyers guide (2020-2024)

Ranked by *Legal 500 USA*, Insurance: Advice to Insurers, "Recommended Lawyers," 2024

Ranked by *Chambers USA*, Litigation: General Commercial, Up and Coming, 2024

Ranked in *Lawdragon 500* Leading Energy Lawyers, Energy Litigation (2023-2024)

Named a *Law360* MVP in Insurance (2022)

Recognized as "Next Generation Partner" for General Commercial Disputes by *Legal 500* (2022)

Honored as "Litigator of the Week" by *The American Lawyer* (2022)

Honored as "Litigator of the Week" by *The American Lawyer* (2019)

Selected as a 2018 "Rising Star" in Energy by *Law360*

Named to *Benchmark Litigation*'s "Under 40 Hot List." (2016, 2018, 2019)

Selected as a "2016 Rising Star" by the *New York Law Journal*


## PUBLICATIONS

Luke Nikas and Maaren A. Shah, *Art Law Chapter, Business and Commercial Litigation in Federal Courts*, 5th Edition (2021).

Luke Nikas and Maaren A Shah, *Mediation and Arbitration of International Art Disputes*, The Art Law Review, 1st Edition (2020).

Luke Nikas and Maaren Shah*, To Give and To Receive: A Handbook on Collection Gifts and Donations for Museums and Donors*, 2nd Edition, § 24 Copyright Does Not Transfer with the Gift (2020).

Firm Memorandum, *Appropriation Art: An International Divide* (Oct. 2019).

Firm Memorandum, *Rentmeester v. Nike: Copyright Protection for Photography* (Jan. 2019).

*Interpreting In Pari Delicto In the Wake of Kirschner v. KPMG*, Am. Bankr. Inst. J., Vol. XXIX, No. 2 (Mar. 2010).

*Deepening Insolvency Theory: It Should Be Upheld*, Special to The National Law Journal (July 9, 2007).

*Sink or Swim? A Case for Salvaging Deepening Insolvency Theory*, 7 J. Bus. & Sec. L. 163 (2007).


## ADMISSIONS

The State Bar of New York
United States Appeals Court:
      Second Circuit
      Third Circuit
      Fifth circuit
United States District Court:
      Southern District of New York
      Eastern District of New York





**PAUL B. MASLO**
Of Counsel
Dallas Office
Tel: +1 713 221 7130
Fax: +1 713 221 7100
E-mail: paulmaslo@quinnemanuel.com

Paul B. Maslo has significant experience litigating complex disputes of all types in courts throughout the country and advising on important non-litigation matters.

Paul is currently working on many high-profile lawsuits. He is part of the teams representing a member of the Rock and Roll Hall of Fame in a variety of disputes, involving topics ranging from the attempted sale of an NFT of a well-known rap album to alleged antitrust violations; a world-famous rapper in a contractual dispute against her music label; an award-winning rapper who has been active for the past three decades in a dispute against his accounting firm; a prominent sports agency in a dispute related to the commissions owed on a star NBA player's contract; an actor in several disputes related to an accidental shooting that took place on a movie set; and an entertainment agency in a copyright dispute related to a Grammy-winning song.

Previously, Paul was lead counsel on a matter that Reuters ranked as "one of the top five wage-and-hour cases." He was also a member of the teams that represented the CEO of an international media conglomerate in one of the biggest securities-fraud class-action trials in history, the president of one of the world's most famous art galleries in a series of cases that were widely hailed in the press as resulting from the greatest art fraud in modern memory, and the co-owner of a multi-billion-dollar beverage company in New York's largest-ever corporate-dissolution proceeding. He has been interviewed about his cases by reporters at several well-known publications, including, for example, The New York Times, Los Angeles Times, The San Francisco Chronicle, USA Today, The Dallas Morning News, and Bloomberg.

In addition to litigating and advising on his clients' most critical matters, Paul has published in several of the top law reviews and legal journals: University of Pennsylvania Law Review, University of Michigan Law Review, New York University Journal of Law & Business, University of Michigan Journal of Private Equity & Venture Capital Law, University of Virginia Journal of International Law, Washington University Law Review, and Berkeley Journal of International Law. He also authored a chapter in a treatise published by Oxford University Press.

Paul has been named to the New York and Texas Super Lawyers "Rising Stars" lists in business litigation. He attended the University of Pennsylvania Law School and studied finance at the Wharton School of Business. He wrote his law school graduation paper under the guidance of the Honorable Kent A. Jordan, U.S. Court of Appeals, Third Circuit.

Before law school, Paul earned a graduate degree in biology at Johns Hopkins University. He also worked at Morgan Stanley and as a Grant-Funded Research Assistant in the Department of Biological Chemistry and Molecular Pharmacology at Harvard Medical School. While at Harvard, he contributed to research that was presented at Cold Spring Harbor Laboratory and the International Conference on Yeast Genetics and Molecular Biology in Prague. He also co-authored a paper: Farley FW, McCully RR, Maslo PB, Yu L, Sheff MA, Sadeghi H, et al., Effects of HSP70 chaperones Ssa1 and Ssa2 on Ste5 scaffold and the mating mitogen-activated protein kinase (MAPK) pathway in Saccharomyces cerevisiae, PLoS ONE 18(10): e0289339.

As an undergraduate biology major in the College of Arts & Sciences at Cornell University, he was the recipient of research fellowships from Princeton University (awarded to less than 10% of the applicants) and Rockefeller University (awarded to less than 3% of the applicants). He was offered similarly competitive research fellowships at the California Institute of Technology, University of Chicago, Stanford University, University of Pennsylvania, Yale School of Medicine, and University of California San Francisco School of Medicine.

## NOTABLE REPRESENTATIONS

Paul works with clients from a variety of industries and he handles matters involving virtually every area of the law. The following are examples of his litigation and advisory representations:

An accomplished actor as a defendant in a series of cases related to an accidental shooting that took place on a movie set;

A prominent, well-decorated rapper as a plaintiff in a contractual dispute against her record label;

A world-famous entertainment agency as a defendant in a case alleging copyright infringement related to a Grammy-winning song, obtaining dismissal, with prejudice;

A member of the Rock and Roll Hall of Fame as a plaintiff in a case to prevent the sale of an NFT of one of the best rap albums in history, obtaining an injunction;

A sports bar owned by a world-famous rapper and entrepreneur as a defendant in a case alleging violations of the anti-piracy laws related to the allegedly unauthorized broadcast of a fight, obtaining a complete defense victory at summary judgment based on an innovative standing argument;

The most accomplished rapper of all time as a defendant in a case alleging various antitrust violations, obtaining dismissal, with prejudice;

An award-winning, world-renowned rapper as a plaintiff in a case alleging various claims against his accounting firm;

A sports agency as a respondent in a dispute related to the commissions owed on a star NBA player's contract, obtaining a favorable settlement;

A billionaire hedge-fund manager as a defendant in a case alleging conversion and other causes action related to the ownership of property after the dissolution of a long-term relationship;

One of the largest producers of packaged bakery foods in the country as a defendant in numerous cases brought under the Fair Labor Standards Act and various state labor codes alleging that its distributors are misclassified as independent contractors;

A multi-billion-dollar hedge fund as a plaintiff in a $100-million contractual dispute related to the valuation of its seed investment in another multi-billion-dollar hedge fund, obtaining a favorable settlement;

The CEO of an international technology, media, and telecommunications company as a defendant in a multi-billion-dollar securities-fraud class action that culminated in a four-month jury trial finding our client not liable;

A music agent as a plaintiff in a multi-million-dollar breach-of-contract action against a top-selling, award-winning R&B artist, obtaining a favorable settlement including a large upfront payment and royalty;

The president of one of the most renowned art galleries in New York as a defendant in a series of cases resulting from the sale of $60 million of forged artwork previously believed to be by Abstract Expressionist artists, such as Mark Rothko and Jackson Pollock;

The co-founder and 50% owner of a beverage company as a plaintiff in a buyout proceeding that resulted in the court valuing our client's interest in the company at over $1 billion when the defendant argued that the entire company was worth only $400 million;

An art foundation as a plaintiff in an action to recover a priceless painting that was stolen by a deceased artist's former bodyguard;

The leading Latin-American-food company as a defendant in a class action alleging various claims related to the purported misclassification of its distributors as independent contractors, including violations of state labor laws and RICO;

A Fortune-50 global chemicals company as a plaintiff in securities-fraud actions against two investment banks regarding the sale of auction-rate securities, obtaining favorable settlements;
A large pharmaceutical company as a plaintiff in a $25-million breach-of-contract action against its supplier (with antitrust counterclaims), obtaining a favorable settlement;

Drivers as plaintiffs in a collective action under the Fair Labor Standards Act against a ride-hailing company alleging that they were misclassified as independent contractors, obtaining a favorable settlement;

A multi-billion-dollar international investment fund as a plaintiff in a securities-fraud action against a Chinese media and advertising company and that company's executives and outside auditor, obtaining favorable settlements from all parties;

The co-managing partner of a national law firm as both a plaintiff and defendant in various disputes related to the dissolution of the firm;

One of the largest food manufacturers in the world on the formation and utilization of a separate entity to handle the sales, regulatory, and operational aspects of its franchise business;

The majority shareholder of a private $50-million chemical company on a strategy to regain operational control of the company from the CEO and CFO who were the other shareholders; and

An art foundation on whether its participation in the commercial publication of a book utilizing reproductions of an artist's diary and works would threaten its tax-exempt status or require it to pay tax on income derived from the project.

## EDUCATION

University of Pennsylvania Law School
(J.D., Business and Finance Concentration, 2008)

Johns Hopkins University
(M.S., Biology, 2005)

Cornell University
(A.B., Biology, 2000)

## AWARDS

Texas *Super Lawyers*, Rising Stars, Business Litigation (2019)
New York *Super Lawyers*, Rising Stars, Business Litigation (2017, 2018)

## PUBLICATIONS AND LECTURES

*Following the Letter of the Law Into Absurdity: Why the Supreme Court's Severability Rule Does Not Preclude Determining an Arbitration Provision's Enforceability Under the Law Supplied by an Agreement's General Choice-of-Law Clause*, 166 University of Pennsylvania Law Review Online 273 (2018)

*Immunocompromised: A Call for Courts to Redefine the Boundaries of the Absolute Immunity Doctrine's Application to National Securities Exchanges*, 11 New York University Journal of Law & Business 2 (2015)

*2015 Amendments to the Federal Rules of Civil Procedure: Furthering Rule 1's Objectives of Expediency and Thrift*, News for the Bar, Litigation Section of the State Bar of Texas (2015)

*A Complete View of the Cathedral: Claims of Tortious Interference and the Specific Performance Remedy in Mergers and Acquisitions Litigation*, 3 University of Michigan Journal of Private Equity & Venture Capital Law 1 (2014) (Co-author)

*Are the ICSID Rules Losing Their Appeal? Annulment Committee Decisions Make ICSID Rules a Less Attractive Choice for Resolving Treaty-Based Investor-State Disputes*, 2 University of Virginia Journal of International Law Digest 54 (2014)

*Trends in International Investment Agreements, 2009/2010: Recent Steps in the Evolution of Bilateral Investment Treaties and the UNCITRAL Arbitration Rules*, Chapter 2 in Karl P. Sauvant, Yearbook on International Law and Policy 2010/2011, Oxford University Press (2011) (Co-author)

*Amputating the Long Arm of the Law: An Analysis of the U.S. Supreme Court's Decision in Morrison and Why § 10(b) Still Reaches Issuers of ADRs*, 89 Washington University Law Review 477 (2011)

*Definition of Investment: Gatekeeper to Investment Treaty Arbitration*, 8 Berkeley Journal of International Law Publicist (2011)

*The Case for Semi-Strong-Form Corporate Scienter in Securities Fraud Actions*, 108 University of Michigan Law Review First Impressions 95 (2010)

*Protection of Work Product Shared With Outside Auditors*, New York Law Journal (2010) (Co-author)

*Credit Default Swaps in the Crosshairs*, Law360 (2009) (Co-author)


## ADMISSIONS

The State Bar of Texas
The State Bar of New York
United States District Court:
      Western District of Texas
      Southern District of Texas
      Eastern District of New York
      Northern District of New York
      Southern District of New York
United States Court of Appeals:
      Third Circuit
      Sixth Circuit
      Seventh Circuit
      Ninth Circuit

**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp



**MICHAEL NOSANCHUK**
Associate
New York Office
Tel: 212-849-7011
Fax: 212-849-7100
E-mail: michaelnosanchuk@quinnemanuel.com

Michael is an associate in Quinn Emanuel's New York office.  He joined the firm in 2019 and rejoined in 2023.  His practice has included defamation and copyright and trademark infringement actions, as well as complex commercial disputes involving breach of contract, breach of fiduciary duty, and fraud.  Michael's copyright practice has been wide-ranging and has included infringement disputes concerning photographic, musical, artistic, and architectural works.  Michael's experience also includes litigating several intellectual property and contractual disputes involving artists, auction houses, and art galleries, as well as handling highly sensitive matters on behalf of celebrities and high net-worth individuals where civil, criminal, and public relations issues intersect.  Among other matters, Michael has helped obtain the dismissal of a multi-million dollar lawsuit against a major auction house in connection with a force majeure event arising out of COVID-19; represented plaintiffs and defendants in copyright cases against renowned artists and/or their estates and major technology platforms; represented a well-known entertainer in connection with claims for defamation and assault; and represented major auction houses and art galleries in cases arising out allegations of forged artworks.  During law school, Michael was an intern with the Legal Aid Society's Immigration Law Unit, where he represented detained non-citizens in removal proceedings.

## EDUCATION

New York University School of Law
(J.D., 2019)
        Moot Court Board and Immigrant Defense Clinic

Skidmore College
(B.A. English, *cum laude,* 2011)

## ADMISSIONS

The State Bar of New York
United States District Court
        Southern District of New York

Eastern District of New York
Northern District of Illinois
United States Court of Appeals
Fourth Circuit

**LANGUAGES**

Spanish (Proficient)

2



**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp

> **ALEXANDRA WEISSFISCH**
> Associate
> New York Office
> Tel: +1 212 849 7356
> Fax: + 1 212 849 7100
> E-mail: alexandraweissfisch@quinnemanuel.com

Alexandra Weissfisch is an associate in Quinn Emanuel's New York office. She joined the firm in 2022. Prior to joining the firm, she worked as a judicial intern for the Honorary Ona T. Wang at the Southern District of New York. She also worked for Volunteer Lawyers for the Arts.

## EDUCATION

Columbia Law School
(J.D., 2022)

Fordham University School of Law
(2019 – 2020)

University of Pennsylvania
(B.A., History, 2018)

## ADMISSIONS

State Bar of New York

## LANGUAGES

Spanish (fluent)



**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp

> **TIMO A. MERLE**
> Associate
> Hamburg Office
> Tel:  +49 89 20608 3004
> Fax:  +49 89 20608 3100
> E-mail: timomerle@quinnemanuel.com

Timo Merle is an associate in Quinn Emanuel's Hamburg office. He joined the firm in 2017, working as a law clerk. His practice focuses on patent litigation.

Timo graduated from the University of Munich in 2016, where he specialized on corporate law. Prior to working at the firm as an associate, he completed his legal clerkship at the Higher Regional Court (Oberlandesgericht) Munich

## EDUCATION

Higher Regional Court Munich
(Second State Examination, 2018)

Ludwig-Maximilians-Universität Munich
(First State Examination, 2016)

## ADMISSIONS

The German Bar (Rechtsanwaltskammer München)

## LANGUAGES

German (Native)
English (Fluent)