# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

April 19, 2023

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000150611
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through March 31, 2023 in connection with General advice re: art matters

| | |
|---|---|
| Fees | ███████ |
| Expenses | ███████ |
| Net Amount | ███████ |
| Total Due This Invoice | ███████ |

<u>Retainer Summary</u>

Retainer to be Maintained:...........................................$10,000.00
Current Retainer Balance:...........................................$10,000.00
Retainer Amount Due: .........................................................$0.00

Total Balance Due Including Retainer.................. ███████

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich | sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

# quinn emanuel trial lawyers

April 19, 2023                                          Matter #: 08124-00005
Page 2                                         Invoice Number: 101-0000150611

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/02/23 | MAS | Prepare letter to Gallerie Son; correspond w/ L Benrimon re same; send same to Gallerie Son. | 0.60 |
| 03/02/23 | AW1 | Drafting letter about the Messler and Aboudia invoices. | 1.50 |
| 03/15/23 | AW1 | Client call on Messler, Aboudia invoices; drafting complaint. | 2.50 |
| 03/15/23 | LN | Analyze status and strategy; teleconf. With client and team re: strategy; email with team re: outline for complaint. | 0.30 |
| 03/15/23 | MAS | Conf w/ L Rosen and A Rosen re: strategy re: Gallerie Son; correspond w/ QE team re same. | 0.60 |
| 03/16/23 | AW1 | Drafting complaint. | 1.70 |
| 03/16/23 | MAS | Review info from L Benrimon; review outline and notes from A Weissfisch. | 0.60 |
| 03/20/23 | LN | Revise complaint; analyze strategy. | 1.10 |
| 03/21/23 | LN | Review facts; revise complaint; complete draft of complaint; email with client re: complaint. | 2.30 |
| 03/22/23 | AW1 | Reviewing Benrimon-Galerie Son Complaint. | 0.90 |
| 03/22/23 | LN | Revise complaint. | 0.70 |
| 03/24/23 | LN | Revise complaint; email with linda re: complaint; email with Alex W re: summons. | 0.40 |
| 03/24/23 | AW1 | Reviewing Complaint and drafting Summons. | 1.90 |
| 03/27/23 | MAS | Review and comment on draft complaint. | 0.40 |
| 03/28/23 | AW1 | Reviewing Complaint and Summons. | 3.70 |
| 03/28/23 | MAG | Efiled complaint and exhibits with civil cover sheet, corporate disclosure, and multiple summonses for LN on behalf of David Benrimon Fine Art LLC. | 0.50 |
| 03/28/23 | AS11 | Review and revise complaint and anxillary documents. | 0.50 |
| 03/28/23 | LN | Revise, revise, and finalize subpoenas; review, revise, and finalize complaint; emails with team re: filing; cause complaint and subpoenas to be filed. | 1.50 |
| 03/29/23 | AW1 | Filing Complaint and Summons. | 0.70 |
| 03/30/23 | LN | Review documents re: Joel M work; analyze strategy; teleconf. With linda and avi re: Joel M work and auction. | 0.60 |

|  |  | Total Hours | 23.00 |

# quinn emanuel trial lawyers

April 19, 2023                                    Matter #: 08124-00005
Page 3                                  Invoice Number: 101-0000150611

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Luke Nikas | LN | Partner | 6.90 | 1,590.00 | 10,971.00 |
| Maaren Shah | MAS | Partner | 2.20 | 1,580.00 | 3,476.00 |
| Alexandra Weissfisch | AW1 | Associate | 12.90 | 880.00 | 11,352.00 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Anthony Staltari | AS11 | Managing Clerk | 0.50 | 580.00 | 290.00 |
| Michael Alexander | MAG | Paralegal | 0.50 | 515.00 | 257.50 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Express mail | | 51.64 |
| Online Research | | 140.45 |
| Document Reproduction | 0.24 per page based on market not cost | 1.92 |
| Word processing | | 18.00 |
| | Total Expenses | $212.01 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

# quinn emanuel trial lawyers
## quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON | BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH | SALT LAKE CITY | RIYADH | BERLIN

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005                   Total Fees.................................................... ▮
Bill Date: April 19, 2023               Expenses.................................................... ▮
Invoice Number: 101-                    Total Due this Invoice.................................. ▮
0000150611                              **Payment Due By May 21, 2023**

### Account Summary

Required Retainer Amount.................................................... ▮
Total Balance Due.................................................... ▮

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds                City National Bank
to:                          555 South Flower St., 12th Floor
                             Los Angeles, CA  90071
Account Info:                Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:                Deposit Account ▮
Bank ABA No.:                ▮
Swift Code:
*References:*                *Invoice number and client name / matter number please*

Tax ID# ▮

REMITTANCE

# quinn emanuel trial lawyers

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

May 17, 2023

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000152165
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through April 30, 2023 in connection with General advice re: art matters

Fees

Expenses

Net Amount

Total Due This Invoice

Balance Due from Previous Statement(s)

<u>Retainer Summary</u>

Retainer to be Maintained:............................................$10,000.00
Current Retainer Balance:......................................................$0.00
Retainer Amount Due: ..................................................$10,000.00

Total Balance Due Including Retainer...................

**Confidential – May include attorney-client privileged and work-product information**

# quinn emanuel trial lawyers

May 17, 2023
Page 2

Matter #: 08124-00005
Invoice Number: 101-0000152165

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/04/23 | AW1 | Serving defendants. | 1.00 |
| ██████ | ███ | ████████████████████████████████ | ██ |
| 04/14/23 | LN | Analyze K auction facts; email to P. Maslo re: draft letter; revise letter to K auction. | 0.40 |
| 04/14/23 | PM1 | Review relevant documents and communications; draft letter to K Auction related to sale of Joel Messler's "Untitled (On the Rocks.". | 1.40 |
| ██████ | ███ | ████████████████████████████████ | ██ |
| ██████ | ███ | ████████████████████████████████ | ██ |
| ██████ | ███ | ████████████████████████████████ | ██ |
| 04/20/23 | MN | Galerie Son - confer with A. Weissfisch and T. Merle regarding service of defendants abroad. | 0.40 |
| 04/20/23 | TM2 | Legal advice re service of court documents in Germany. | 0.60 |
| 04/20/23 | AW1 | Reviewing protocols for serving summons on Defendants. | 1.50 |
| ██████ | ███ | ████████████████████████████████ | ██ |
| ██████ | ███ | ████████████████████████████████ | ██ |
| ██████ | ███ | ████████████████████████████████ | ██ |
| ██████ | ███ | ████████████████████████████████ | ██ |
| 04/26/23 | LN | Analyze strategy re: galerie son; email with Avi and Linda re: strategy. | 0.30 |
| ██████ | ███ | ████████████████████████████████ | ██ |
| 04/26/23 | LN | Analyze case strategy re: galerie son; conf. With team re: letters | 0.70 |

# quinn emanuel trial lawyers

May 17, 2023                                                                   Matter #: 08124-00005
Page 3                                                        Invoice Number: 101-0000152165

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | to galerie and purchasers; analyze case strategy re: Art Collection; conf. With team re: research and strategy. | |
| 04/27/23 | AW1 | Drafting letters to Page, Gallery Bisunjae and David Kim Whittaker. | 1.20 |
| 04/27/23 | MN | Galerie Son - review and revise letters to Galerie Son and Korean purchaser entities; correspondence with A. Weissfisch regarding same. | 1.20 |
| ███ | ███ | ████████████ | ███ |

Total Hours █████

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Luke Nikas | LN | Partner | | 1,590.00 | |
| Paul Maslo | PM1 | Counsel | | 1,440.00 | |
| Timo Merle | TM2 | Associate | | 1,280.00 | |
| Michael Nosanchuk | MN | Associate | | 1,195.00 | |
| Alexandra Weissfisch | AW1 | Associate | | 880.00 | |
| | | | | | |
| Case Assistants | Init. | Title | | Rate | |
| Kathyann Small | KS9 | Paralegal | | 515.00 | |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Filing fee | | 415.20 |
| Online Research | | 194.79 |
| Document Services | per page based on market not cost | 23.41 |
| | Total Expenses | $633.40 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

# quinn emanuel trial lawyers
## quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005
Bill Date: May 17, 2023
Invoice Number: 101-0000152165

Total Fees................................................
Expenses................................................
Total Due this Invoice................................................
**Payment Due By June 18, 2023**

### Account Summary

Balance Due from Previous Statement(s)................................................
Required Retainer Amount................................................
Total Balance Due................................................

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|------|-------------|------------------|---------------|------------------|--------------------|
| 04/19/23 | 101-0000150611 | March 2023 | | | |
| 05/17/23 | 101-0000152165 | April 2023 | | | |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds to:

City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA 90071

Account Info:          Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:          Deposit Account ███████
Bank ABA No.:
Swift Code:
*References:*          *Invoice number and client name / matter number please*

Tax ID# ████████

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich |
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

REMITTANCE

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

June 15, 2023

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000153363
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through May 31, 2023 in connection with General advice re: art matters

|  |  |
|---|---|
| Fees | ███████ |
| Expenses | ██████ |
| Net Amount | ███████ |
| Total Due This Invoice | ███████ |
| Balance Due from Previous Statement(s) | ███████ |

<u>Retainer Summary</u>

Retainer to be Maintained:............................................$10,000.00
Current Retainer Balance: .......................................................$0.00
Retainer Amount Due: ...................................................$10,000.00

Total Balance Due Including Retainer.................. ███████

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

June 15, 2023                                          Matter #: 08124-00005
Page 2                                          Invoice Number: 101-0000153363

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/01/23 | LN | Revise letters; emails with client re: letters; finalize and send letters to galerie son and to purchaser. | 0.80 |
| 05/01/23 | AW1 | Reviewing letters to Galerie Son and to purchasers of works; statute of limitations research for Art Collection matter. | 3.80 |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
|   |   | Total Hours | ▮ |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Luke Nikas | LN | Partner | ▮ | 1,590.00 | ▮ |
| Paul Maslo | PM1 | Counsel | ▮ | 1,440.00 | ▮ |
| Michael Nosanchuk | MN | Associate | ▮ | 1,195.00 | ▮ |

# quinn emanuel trial lawyers

June 15, 2023                                                                    Matter #: 08124-00005
Page 3                                                              Invoice Number: 101-0000153363

| Alexandra Weissfisch | AW1 | Associate | ███ | 880.00 | ███ |
| Hannah Barbosa Cesnik | HBC | Associate | | 880.00 | |

## Expense Summary

| Description | | Amount |
| --- | --- | --- |
| Lexis Courtlink - Off Contract | | 10.70 |
| Online Research | (based on standard Westlaw or Lexis, without any applicable discount) | 486.98 |
| | Total Expenses | $497.68 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers
## quinn emanuel urquhart & sullivan, llp

### Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005                    Total Fees..................................................████
Bill Date: June 15, 2023                 Expenses..................................................████
Invoice Number: 101-                     Total Due this Invoice..................................████
0000153363                               **Payment Due By July 17, 2023**

### Account Summary

Balance Due from Previous Statement(s)...............████
Required Retainer Amount................................████
Total Balance Due.......................................████

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|------|-------------|------------------|---------------|------------------|--------------------|
| 04/19/23 | 101-0000150611 | March 2023 | ████ | ████ | ████ |
| 05/17/23 | 101-0000152165 | April 2023 | ████ | ██ | ████ |
| 06/15/23 | 101-0000153363 | May 2023 | ████ | ██ | ████ |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds          City National Bank
to:                    555 South Flower St., 12th Floor
                       Los Angeles, CA  90071

Account Info:          Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:          Deposit Account ████
Bank ABA No.:          ████
Swift Code:
*References:*          *Invoice number and client name / matter number please*

Tax ID# ████

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp



Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

**quinn emanuel** trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

July 19, 2023

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000155105
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through June 30, 2023 in connection with General advice re: art matters

Fees                                          █████████

Total Due This Invoice                        █████████

Balance Due from Previous Statement(s)        █████████

<u>Retainer Summary</u>

Retainer to be Maintained:............................................$10,000.00
Current Retainer Balance:.......................................................$0.00
Retainer Amount Due: ..................................................$10,000.00

Total Balance Due Including Retainer..................  ████████

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

July 19, 2023                                                    Matter #: 08124-00005
Page 2                                                    Invoice Number: 101-0000155105

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/07/23 | LN | Analyze draft agreement; revise agreement; emails with Avi and linda re: agreement. | 0.60 |
| ███ | ███ | ████████████████████ | ██ |
| ███ | ███ | ████████████████████ | ██ |
| ███ | ███ | ████████████████████ | ██ |
| ███ | ███ | ████████████████████ | ██ |
| ███ | ███ | ████████████████████ | ██ |
| 06/15/23 | MN | Prepare letter to K Auction; correspondence with L. Nikas regarding same. | 1.20 |
| 06/16/23 | LN | Revise letter to K auction re: work; review documents and analyze strategy; emails with client re: letter;. | 0.40 |
| 06/16/23 | PM1 | Edit letter from David Benrimon Fine Art to K Auction. | 0.70 |
| 06/19/23 | PM1 | Finalize and send letter to K Auction. | 0.10 |
| 06/28/23 | LN | Review emails from Avi re: Page, K auctions, and JL; conf. With Avi and Linda re: page, JL, and K auctions; email JL re: works. | 0.60 |
| | | Total Hours | ██ |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Luke Nikas | LN | Partner | ██ | 1,590.00 | ██ |
| Paul Maslo | PM1 | Counsel | ██ | 1,440.00 | ██ |
| Michael Nosanchuk | MN | Associate | ██ | 1,195.00 | ██ |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|-----------------|-------|-------|-------|------|--------|
| Anthony Staltari | AS11 | Managing Clerk | ██ | 580.00 | ██ |

# quinn emanuel trial lawyers
## quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005          Total Fees.........................................................  ▮
Bill Date: July 19, 2023       Total Due this Invoice......................................  ▮
Invoice Number: 101-           **Payment Due By August 20, 2023**
0000155105

### Account Summary

Balance Due from Previous Statement(s).........................  ▮
Required Retainer Amount.......................................  ▮
Total Balance Due..............................................  ▮

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|------|-------------|------------------|---------------|------------------|--------------------|
| 06/15/23 | 101-0000153363 | May 2023 | ▮ | ▮ | ▮ |
| 07/19/23 | 101-0000155105 | June 2023 | ▮ | ▮ | ▮ |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds          City National Bank
to:                    555 South Flower St., 12th Floor
                       Los Angeles, CA  90071
Account Info:          Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:          Deposit Account ▮
Bank ABA No.:          ▮
Swift Code:            ▮
*References:*          *Invoice number and client name / matter number please*

Tax ID# ▮

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

REMITTANCE

# quinn emanuel trial lawyers
### quinn emanuel urquhart & sullivan, llp



# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

August 16, 2023

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000156463
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through July 31, 2023 in connection with General advice re: art matters

|  |  |
|---|---|
| Fees | ███████ |
| Total Due This Invoice | ███████ |

<u>Retainer Summary</u>

Retainer to be Maintained:............................................$10,000.00
Current Retainer Balance:............................................$10,000.00
Retainer Amount Due: ...............................................$0.00

Total Balance Due Including Retainer.................. ███████

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

August 16, 2023                                                    Matter #: 08124-00005
Page 2                                              Invoice Number: 101-0000156463

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/06/23 | LN | Email with Avi re: Page etc; analyze status and strategy re: page, K auction, and Galerie S. | 0.20 |
| 07/07/23 | PM1 | Review response letter from K Auction. | 0.10 |
| 07/10/23 | LN | Analyze strategy re: K auction, Page Gallery; analyze k auction letter and response; teleconf. With avi and linda re: strategy; email K auction re: response. | 1.10 |
| 07/13/23 | LN | Emails with Linda re: status and strategy. | 0.10 |
| ███ | ██ | ████████████████████████ | █ |
| ███ | ██ | ████████████████████████████████ | █ |

Total Hours  ██

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Luke Nikas | LN | Partner | ██ | 1,590.00 | ██ |
| Paul Maslo | PM1 | Counsel | | 1,440.00 | |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers
**quinn emanuel urquhart & sullivan, llp**

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005                          Total Fees.................................................... ███
Bill Date: August 16, 2023                      Total Due this Invoice.............................. ███
Invoice Number: 101-                            **Payment Due By September 17, 2023**
0000156463

### Account Summary

Required Retainer Amount.................................................... ███
Total Balance Due.................................................... ███

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds                    City National Bank
to:                              555 South Flower St., 12th Floor
                                 Los Angeles, CA  90071
Account Info:                    Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:                    Deposit Account ███
Bank ABA No.:          ███
Swift Code:
*References:*                    *Invoice number and client name / matter number please*

Tax ID# ███

REMITTANCE

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

September 16, 2023

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000157724
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through August 31, 2023 in connection with General advice re: art matters

Fees                                   ████████

Expenses                          ████████

Net Amount                      ████████

Total Due This Invoice     ████████

<u>Retainer Summary</u>

Retainer to be Maintained:...........................................██████
Current Retainer Balance:...........................................██████
Retainer Amount Due: .................................................██████

Total Balance Due Including Retainer..................  ██████

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

September 16, 2023                                                            Matter #: 08124-00005
Page 2                                                                Invoice Number: 101-0000157724

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| ██████ | ██ | ████████████████████████████ | ██ |
| ██████ | ██ | ████████████████████ | ██ |
| ██████ | ██ | ████████████████████████ | ██ |
| 08/14/23 | LN | Analyze issues re: GS, page; analyze strategy and next steps re: Jeremy; conf. With Avi and Linda re: strategy and next steps. | 0.80 |
| ██████ | ██ | ████████████████████████ | ██ |
| 08/15/23 | MN | Teleconference with L. Nikas regarding Galerie Son dispute; correspondence with translation service and Hague vendor regarding same. | 0.30 |
| ██████ | ██ | ████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████ | ██ |

Total Hours ██████

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Luke Nikas | LN | Partner | ██████ | 1,590.00 | ██████ |
| Paul Maslo | PM1 | Counsel | ██████ | 1,440.00 | ██████ |
| Michael Nosanchuk | MN | Associate | ██████ | 1,195.00 | ██████ |
| Alexandra Weissfisch | AW1 | Associate | ██████ | 880.00 | ██████ |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

September 16, 2023                                                                 Matter #: 08124-00005
Page 3                                                              Invoice Number: 101-0000157724

## Expense Summary

| Description | Amount |
|---|---|
| Translation | 1,600.98 |
| Total Expenses | $1,600.98 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers
## quinn emanuel urquhart & sullivan, llp

**Current Invoice Summary**

Matter Name : General Advice

| | |
|---|---|
| Matter #: 08124-00005 | Total Fees................................................... |
| Bill Date: September 16, 2023 | Expenses................................................... |
| Invoice Number: 101-0000157724 | Total Due this Invoice................................. |

**Payment Due By October 18, 2023**

**Account Summary**

Required Retainer Amount.........................................
Total Balance Due.....................................................

<u>**Please reference invoice number and send check to:**</u>

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

<u>Or Wire funds</u>
<u>to:</u>

City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA  90071

Account Info:          Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:          Deposit Account ▮▮▮▮▮
Bank ABA No.:
Swift Code:
*References:*          *Invoice number and client name / matter number please*

Tax ID# ▮▮▮▮▮

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

October 20, 2023

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000159638
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through September 30, 2023 in connection with General advice re: art matters

Fees                                                  ████████

Total Due This Invoice

Balance Due from Previous Statement(s)

<u>Retainer Summary</u>

Retainer to be Maintained:............................................$10,000.00
Current Retainer Balance:.........................................................$0.00
Retainer Amount Due: ...................................................$10,000.00

Total Balance Due Including Retainer.................. ████████

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

October 20, 2023                                                     Matter #: 08124-00005
Page 2                                                   Invoice Number: 101-0000159638

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| ████ | ██ | ████████████████████████████ | ██ |
| ████ | ██ | ████████████████████████████ | ██ |
| ████ | ██ | ████████████████████████████ | ██ |
| 09/18/23 | PM1 | Review complaint against Galerie Son. | 0.20 |
| 09/19/23 | PM1 | Review complaint in the Art Collection case; review plaintiff's order to show cause; review case schedule; draft to-do list; case strategy; review service of complaint and related rules in Galerie Son case. | 2.10 |
| ████ | ██ | ████████████████████████████ | ██ |
| 09/21/23 | LN | Review email from Max re: settlement proposal. | 0.10 |
| ████ | ██ | ████████████████████████████ | ██ |
| 09/22/23 | LN | Analyze issues in advance of call; teleconf. With avi and linda re: Gallerie Son proposal. | 0.60 |
| 09/25/23 | LN | Analyze strategy re: max email and offer; draft email to Max re: GS offer. | 0.40 |
| 09/28/23 | MN | Galerie Son - prepare settlement and release in exchange for KAWS artwork; correspondence with L. Nikas regarding same. | 0.70 |
| 09/28/23 | LN | Review email from Max; analyze approach; emails with Linda re: potential settlement; outline terms of potential settlement; emails with MIchael N re: drafting settlement agreement. | 0.70 |
| 09/28/23 | PM1 | Review settlement communications in Galerie Son case. | 0.10 |
| 09/29/23 | MN | Galerie Son - prepare partial settlement and release agreement re: KAWS artwork. | 0.60 |

Total Hours                                                                      ████

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

October 20, 2023                                      Matter #: 08124-00005
Page 3                                      Invoice Number: 101-0000159638

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Luke Nikas | LN | Partner | | 1,590.00 | |
| Paul Maslo | PM1 | Counsel | | 1,440.00 | |
| Michael Nosanchuk | MN | Associate | | 1,280.00 | |

| Case Assistants | Init. | Title | | Rate | |
|-----------------|-------|-------|--|------|--|
| Robert Andon | RA5 | Managing Clerk | | 580.00 | |

# quinn emanuel trial lawyers
## quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005
Bill Date: October 20, 2023
Invoice Number: 101-
0000159638

Total Fees.............................................................. ████
Total Due this Invoice........................................
**Payment Due By November 21, 2023**

### Account Summary

Balance Due from Previous Statement(s)............................ ████
Required Retainer Amount.......................................
Total Balance Due................................................

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 09/16/23 | 101-0000157724 | August 2023 | ████ | | |
| 10/20/23 | 101-0000159638 | September 2023 | | | |

**<u>Please reference invoice number and send check to:</u>**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

<u>Or Wire funds to:</u>

City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA  90071

Account Info:                    Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:                  Deposit Account ████
Bank ABA No.:                  ████
Swift Code:                        ████
*References:*                     *Invoice number and client name / matter number please*

Tax ID# ████

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp



Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

**quinn emanuel trial lawyers**

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

November 15, 2023

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000160907
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through October 31, 2023 in connection with General advice re: art matters

Fees                    ████████

Expenses                ████████

Net Amount              ████████

Total Due This Invoice  ████████

<u>Retainer Summary</u>

Retainer to be Maintained:............................................$10,000.00
Current Retainer Balance:.......................................................$0.00
Retainer Amount Due: .................................................$10,000.00

Total Balance Due Including Retainer.................. ████████

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

November 15, 2023                                                    Matter #: 08124-00005
Page 2                                                    Invoice Number: 101-0000160907

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/02/23 | MN | Review and revise partial settlement and release agreement re: KAWS artwork. | 2.20 |
| ██████ | ████ | ███████████████████████████████████ ████████████████████████████ | █ |
| 10/10/23 | LN | Review, revise, and finalize draft proposed settlement for Gallerie S; email Max proposed draft. | 0.30 |
| 10/19/23 | LN | Review signed agreement from gallerie son; email with clients re: agreement. | 0.10 |
| 10/23/23 | MN | Prepare letter to Court regarding service under Hague Convention; prepare exhibits and filing of same. | 0.60 |
| 10/23/23 | PM1 | Edit letter to court in Galerie Son matter. | 0.30 |
| 10/24/23 | LN | Emails with linda re: agreement; finalize agreement and exhibits; draft letter to court re: service of complaint; emails with Max re: agreement and delivery of work; email with max re: service of complaint. | 1.20 |
| 10/24/23 | RA5 | Review and prepare for electronic filing to the United States District Court, Southern District of New York, Letter addressed to the Honorable Jennifer H. Rearden. | 0.20 |
| 10/24/23 | MN | Correspondence with L. Nikas and managing clerks regarding Hague service and filing of letter to Court regarding Order to Show Cause. | 0.60 |
| 10/26/23 | LN | Review condition report from max; email with Linda re: report. | 0.10 |
| 10/30/23 | LN | Email defendants re: service of additional documents; revised declaration of service; email with team re: filing of declaration of service; review final filing. | 0.30 |
| 10/30/23 | MAG | Efiled Declaration of Luke Nikas for LN in SDNY on behalf of Benrimon Fine Art LLC. | 0.20 |

Total Hours    ████

## Fee Summary

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

November 15, 2023                                                    Matter #: 08124-00005
Page 3                                                     Invoice Number: 101-0000160907

| Attorneys | Init. | Title | | Rate | |
|---|---|---|---|---|---|
| Luke Nikas | LN | Partner | ███ | 1,590.00 | ███ |
| Paul Maslo | PM1 | Counsel | | 1,440.00 | |
| Michael Nosanchuk | MN | Associate | | 1,280.00 | |
| | | | | | |
| Case Assistants | Init. | Title | | Rate | |
| Robert Andon | RA5 | Managing Clerk | | 580.00 | |
| Michael Alexander | MAG | Managing Clerk | | 580.00 | |

## Expense Summary

| Description | Amount |
|---|---|
| Word processing | 6.00 |
| Total Expenses | $6.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers
### quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005                          Total Fees.............................................. █████
Bill Date: November 15, 2023                    Expenses.............................................. 
Invoice Number: 101-            Total Due this Invoice..............................
0000160907                      **Payment Due By December 17, 2023**

### Account Summary

Required Retainer Amount................................. █████
Total Balance Due................................

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds          City National Bank
to:                    555 South Flower St., 12th Floor
                       Los Angeles, CA  90071
Account Info:          Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:          Deposit Account █████
Bank ABA No.:
Swift Code:
*References:*          *Invoice number and client name / matter number please*

Tax ID# █████

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

**quinn emanuel trial lawyers**

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

December 12, 2023

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000162019
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through November 30, 2023 in connection with General advice re: art matters

Fees

Total Due This Invoice

Balance Due from Previous Statement(s)

<u>Retainer Summary</u>

Retainer to be Maintained:...........................................$10,000.00
Current Retainer Balance:.......................................................$0.00
Retainer Amount Due: .................................................$10,000.00

Total Balance Due Including Retainer..................

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers

December 12, 2023                                    Matter #: 08124-00005
Page 2                                    Invoice Number: 101-0000162019

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/08/23 | LN | Email with max re: delivery of work. | 0.10 |
| 11/27/23 | LN | Email with Gallerie Son re: status of delivery. | 0.10 |
| ██████ | ███ | ████████████████████████████ | ███ |

|  |  |  | Total Hours | ███ |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Luke Nikas | LN | Partner | ████ | 1,590.00 | ██████ |

# quinn emanuel trial lawyers
## quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005

Total Fees..........................................................

Bill Date: December 12, 2023

Total Due this Invoice..........................................

Invoice Number: 101-
0000162019

**Payment Due By January 13, 2024**

### Account Summary

Balance Due from Previous Statement(s).................................

Required Retainer Amount...................................................

Total Balance Due.............................................................

### Current Account Summary

| Date | Invoice No. | Month of Service | |
|------|-------------|------------------|---|
| 11/15/23 | 101-0000160907 | October 2023 | |
| 12/12/23 | 101-0000162019 | November 2023 | |

<u>**Please reference invoice number and send check to:**</u>

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

<u>Or Wire funds
to:</u>

City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA  90071

Account Info:                          Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:                        Deposit Account ▮▮▮▮
Bank ABA No.:                        ▮▮▮▮▮▮
Swift Code:                            ▮▮▮▮▮▮
*References:*                          *Invoice number and client name / matter number please*

Tax ID# ▮▮▮▮▮

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp



Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

**quinn emanuel trial lawyers**

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

January 10, 2024

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000163397
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through December 31, 2023 in connection with General advice re: art matters

Fees                                                     █████

Total Due This Invoice

Balance Due from Previous Statement(s)

<u>Retainer Summary</u>

Retainer to be Maintained:............................................$10,000.00
Current Retainer Balance:.......................................................$0.00
Retainer Amount Due: ..................................................$10,000.00

Total Balance Due Including Retainer.................. █████

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

January 10, 2024
Page 2

Matter #: 08124-00005
Invoice Number: 101-0000163397

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| ████ | ██ | ████████████████████ | ██ |
| 12/11/23 | LN | review email from max re: work | 0.10 |
| ████ | ██ | ████████████████████ | ██ |
| | | Total Hours | ████ |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Luke Nikas | LN | Partner | ████ | 1,590.00 | ████ |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers
**quinn emanuel urquhart & sullivan, llp**

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005
Bill Date: January 10, 2024
Invoice Number: 101-0000163397

Total Fees.................................................
Total Due this Invoice.................................................
**Payment Due By February 11, 2024**

### Account Summary

Balance Due from Previous Statement(s).................................................
Required Retainer Amount.................................................
Total Balance Due.................................................

### Current Account Summary

| Date | Invoice No. | Month of Service | |
|------|-------------|------------------|--|
| 11/15/23 | 101-0000160907 | October 2023 | |
| 12/12/23 | 101-0000162019 | November 2023 | |
| 01/10/24 | 101-0000163397 | December 2022 | |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds
to:

Account Info:
Bank Account:
Bank ABA No.:
Swift Code:
*References:*

City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA  90071
Quinn Emanuel Urquhart & Sullivan, LLP
Deposit Account

*Invoice number and client name / matter number please*

Tax ID#

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp



Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017


February 13, 2024


David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000165033
Responsible Attorney: Luke Nikas


<u>General Advice</u>


For Professional Services through January 31, 2024 in connection with General advice re: art matters


Fees                                        ██████████

Total Due This Invoice                      ██████████


<u>Retainer Summary</u>

Retainer to be Maintained:.............................................$10,000.00
Current Retainer Balance:.......................................................$0.00
Retainer Amount Due: ..................................................$10,000.00


Total Balance Due Including Retainer..................    ██████████


**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

February 13, 2024                                                    Matter #: 08124-00005
Page 2                                                              Invoice Number: 101-0000165033

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| ██████ | ██ | ████████████████████ | ██ |
| 01/04/24 | LN | Emails with Linda re: galerie Son; review information and images re: work. | 0.20 |
| 01/05/24 | LN | Emails with Linda re: status and strategy in galerie son matter. | 0.10 |
| 01/08/24 | LN | Email with max re: gallerie son settlement. | 0.10 |
| 01/17/24 | LN | Emails with max re: status. | 0.10 |
| ██████ | ██ | ████████████████████ | ██ |
| ██████ | ██ | ████████████████████ | ██ |
| ████4 | ██ | █████████████ | ██ |
| | | Total Hours | ██ |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Luke Nikas | LN | Partner | ██ | 1,735.00 | ████ |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers
### quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005                          Total Fees..................................................
Bill Date: February 13, 2024               Total Due this Invoice.................................
Invoice Number: 101-                       **Payment Due By March 16, 2024**
0000165033

### Account Summary

Required Retainer Amount.............................................
Total Balance Due................................................

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds                    City National Bank
to:                              555 South Flower St., 12th Floor
                                 Los Angeles, CA  90071
Account Info:                    Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:                    Deposit Account ▉▉▉▉
Bank ABA No.:
Swift Code:
*References:*                    *Invoice number and client name / matter number please*

Tax ID# ▉▉▉▉

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

May 16, 2024

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000170434
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through April 30, 2024 in connection with General advice re: art matters

Fees                    ████

Expenses

Net Amount

Total Due This Invoice

Balance Due from Previous Statement(s)

<u>Retainer Summary</u>

Retainer to be Maintained:............................................$10,000.00
Current Retainer Balance:.......................................................$0.00
Retainer Amount Due: ...................................................$10,000.00

Total Balance Due Including Retainer..................    ████

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

May 16, 2024                                                    Matter #: 08124-00005
Page 2                                                Invoice Number: 101-0000170434

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| ███ | ██ | ████████████████████████ | ██ |
| 04/01/24 | LN | Review certificates of service on gallery son and co-defendants; emails with team re: filing certificates of service. | 0.10 |
| ███ | █ | ██████████████████████████ | ██ |
| ███ | █ | ██████████████████████ | █ |
| ███ | █ | ████████████████████████████ | █ |
| ███ | █ | ██████████████████████████████████████ | █ |
| ███ | ██ | ████████████████████ | ██ |
| ███ | ██ | ██████████████████████████████████ | ██ |
| ███ | █ | ██████████████████████████████████ | ██ |
| 04/05/24 | MN | Correspondence and teleconf. With Hague service vendor and managing clerk regarding foreign service of summons and complaint. | 1.20 |
| ███ | █ | ██████████████████████████████████ | ██ |
| 04/08/24 | AW1 | Drafting motion for default judgment. | 3.80 |
| 04/11/24 | AW1 | Drafting motion for default judgment; reviewing judge's local rules on default judgment motions. | 2.40 |
| ███ | █ | ██████████████████████████ | ██ |
| 04/12/24 | AW1 | Drafting motion for default judgment. | 1.70 |
| 04/15/24 | AW1 | Drafting motion for default judgment. | 5.30 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

May 16, 2024                                                    Matter #: 08124-00005
Page 3                                              Invoice Number: 101-0000170434

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| ███ | ███ | ███ | ███ |
| 04/29/24 | MN | Review and revise motion for default judgment. | 1.80 |
| 04/30/24 | AW1 | Drafting notice of motion for default judgment (.9). | 0.90 |
| | | Total Hours | ███ |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Luke Nikas | LN | Partner | ███ | 1,735.00 | ███ |
| Paul Maslo | PM1 | Counsel | | 1,570.00 | |
| Michael Nosanchuk | MN | Associate | | 1,395.00 | |
| Alexandra Weissfisch | AW1 | Associate | | 1,060.00 | |

| Litigation Support/Document Management Services | Init. | Title | |
|-----------|-------|-------|---|
| Linda Yanez | LY1 | Litigation Support | ███ |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Word processing | 15.00 |
| PACER Services | 0.70 |
| Document Services | 337.45 |
| Total Expenses | $353.15 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers
### quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005
Bill Date: May 16, 2024
Invoice Number: 101-0000170434

Total Fees..................................................
Expenses..................................................
Total Due this Invoice..................................
**Payment Due By June 17, 2024**

### Account Summary

Balance Due from Previous Statement(s)..................................
Required Retainer Amount..................................
Total Balance Due..................................

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|------|-------------|------------------|---------------|------------------|--------------------|
| 02/13/24 | 101-0000165033 | January 2024 | | | |
| 03/19/24 | 101-0000167187 | February 2024 | | | |
| 04/17/24 | 101-0000168787 | March 2024 | | | |
| 05/16/24 | 101-0000170434 | April 2024 | | | |

**<u>Please reference invoice number and send check to:</u>**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

<u>Or Wire funds to:</u>

City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA  90071

Account Info:          Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:          Deposit Account ▮▮▮
Bank ABA No.:
Swift Code:
*References:*          *Invoice number and client name / matter number please*

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers
### quinn emanuel urquhart & sullivan, llp

Tax ID# ███████



Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

June 17, 2024

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000171803
Responsible Attorney: Luke Nikas

## General Advice

For Professional Services through May 31, 2024 in connection with General advice re: art matters

Fees

Expenses

Net Amount

Total Due This Invoice

Balance Due from Previous Statement(s)

## Retainer Summary

Retainer to be Maintained:............................................$10,000.00
Current Retainer Balance:.......................................................$0.00
Retainer Amount Due: ..................................................$10,000.00

Total Balance Due Including Retainer...................

**Confidential – May include attorney-client privileged and work-product information**

# quinn emanuel trial lawyers

June 17, 2024                                                                Matter #: 08124-00005
Page 2                                                          Invoice Number: 101-0000171803

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/09/24 | MN | Art Collection: Prepare request for clerk's certificate of default; confer with L. Nikas and MAO regarding same. | 2.60 |
| 05/10/24 | DC3 | Art Collection: Review and prepare for electronic filing of Proposed Clerk's Certificate of Default and Declaration in Support for LN on behalf of David Benrimon Fine Art LLC. | 0.80 |
| ■ | ■ | ■ | ■ |
| | | Total Hours | ■ |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Luke Nikas | LN | Partner | ■ | 1,735.00 | ■ |
| Michael Nosanchuk | MN | Associate | | 1,395.00 | |
| Case Assistants | Init. | Title | | Rate | |
| Diana Cordoba | DC3 | Managing Clerk | ■ | 620.00 | ■ |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Word processing | 6.00 |
| Total Expenses | $6.00 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers
### quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005
Bill Date: June 17, 2024
Invoice Number: 101-0000171803

Total Fees...................................................... ■■■■
Expenses..................................................... 
Total Due this Invoice..................................

**Payment Due By July 19, 2024**

## Account Summary

Balance Due from Previous Statement(s)..........................
Required Retainer Amount............................................
Total Balance Due.........................................................

## Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|------|-------------|------------------|---------------|------------------|--------------------|
| 02/13/24 | 101-0000165033 | January 2024 | | | |
| 03/19/24 | 101-0000167187 | February 2024 | | | |
| 04/17/24 | 101-0000168787 | March 2024 | | | |
| 05/16/24 | 101-0000170434 | April 2024 | | | |
| 06/17/24 | 101-0000171803 | May 2024 | | | |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds
to:

City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA  90071

Account Info:                    Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:                   Deposit Account ■■■
Bank ABA No.:                   ■■■

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp

Swift Code:                          ████████

*References:*                        *Invoice number and client name / matter number please*

Tax ID# ████████

REMITTANCE

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

July 18, 2024

David Benrimon
David Benrimon Fine Art LLC
41 East 57th Street, 2nd floor
New York, NY 10022

Matter #: 08124-00005
Invoice Number: 101-0000173651
Responsible Attorney: Luke Nikas

<u>General Advice</u>

For Professional Services through June 30, 2024 in connection with General advice re: art matters

|  |  |
|---|---|
| Fees | ████████ |
| Expenses | |
| Net Amount | |
| Total Due This Invoice | |
| Balance Due from Previous Statement(s) | |

<u>Retainer Summary</u>

Retainer to be Maintained:...........................................$10,000.00
Current Retainer Balance: .......................................$0.00
Retainer Amount Due: ..................................................$10,000.00

Total Balance Due Including Retainer.................. ████████

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

July 18, 2024                                                      Matter #: 08124-00005
Page 2                                              Invoice Number: 101-0000173651

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/03/24 | MW7 | Electronically filed a Letter Motion to File Under Seal, a Notice of Motion, a Memorandum of Law in Support (Under Seal), a Declaration in Support with three exhibits (Under Seal), a Proposed Default Judgment, a Memorandum of Law in Support (Redacted), and a Declaration in Support with three exhibits (Redacted) for L. Nikas in re: David Benrimon Fine Art. | 2.00 |
| 06/03/24 | MN | Review, revise, and finalize motion for default judgment and supporting documents; confer with L, Nikas regarding same. | 1.10 |
| ███ | ██ | ████████████████████████ | ██ |
| ███ | ██ | ████████████████████████ | ██ |

Total Hours ██████

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Luke Nikas | LN | Partner | ████ | 1,735.00 | ████ |
| Michael Nosanchuk | MN | Associate | | 1,395.00 | |

| Case Assistants | Init. | Title | | Rate | |
|---|---|---|---|---|---|
| Matthew Woods | MW7 | Managing Clerk | | 620.00 | |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Document Reproduction | 0.26   per page based on market not cost | 33.54 |
| Word processing | | 9.00 |
| Courier | | 32.29 |
| Total Expenses | | $74.83 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers
**quinn emanuel urquhart & sullivan, llp**

## Current Invoice Summary

Matter Name : General Advice

Matter #: 08124-00005                    Total Fees..................................................

Bill Date: July 18, 2024                 Expenses...................................................

Invoice Number: 101-                     Total Due this Invoice.............................

0000173651                               **Payment Due By August 19, 2024**

### Account Summary

Balance Due from Previous Statement(s)...........................

Required Retainer Amount................................................

Total Balance Due...........................................................

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|------|-------------|------------------|---------------|------------------|--------------------|
| 04/17/24 | 101-0000168787 | March 2024 | | | |
| 05/16/24 | 101-0000170434 | April 2024 | | | |
| 07/18/24 | 101-0000173651 | June 2024 | | | |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds              City National Bank
to:                        555 South Flower St., 12th Floor
                           Los Angeles, CA  90071

Account Info:              Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:              Deposit Account
Bank ABA No.:
Swift Code:
*References:*              *Invoice number and client name / matter number please*

Tax ID#

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel** trial lawyers
quinn emanuel urquhart & sullivan, llp



Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Singapore | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich