UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BENRIMON FINE ART LLC, <br><br> PLAINTIFF, <br><br> v. <br><br><br> GALERIE SON, MIHYUN SON, AND MAX KOFFLER, <br><br> DEFENDANTS. | 23-cv-02614-JHR |

## AFFIRMATION OF SERVICE

I, Luke Nikas, hereby declare under 28 U.S.C. 1746 that:

1.     I am a member in good standing of the bar of this Court and a partner at Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Plaintiff David Benrimon Fine Art LLC.

2.     On August 8, 2025, Magistrate Judge Aaron issued a Report and Recommendation recommending that the Court enter judgment against the Defendants.  (ECF No. 39.)

3.     I am traveling internationally, so on August 12, 2025, when I reviewed the service requirement stated in the Report and Recommendation, I immediately served the Report and Recommendation by email to all Defendants at the following email addresses:  son@galerie-son.com and koffler@galerie-son.com.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed on this 12th day of August, 2025

*/s/ Luke Nikas*
Luke Nikas