**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAVID BENRIMON FINE ART LLC,

               Plaintiff,                           23 **CIVIL** 2614 (JHR)(SDA)

        -against-                                **JUDGMENT**

GALERIE SON, et al.,

               Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated October 27, 2025, the Court adopts the Report & Recommendation in its entirety. Plaintiff is awarded judgment in the amount of $320,000.00 in compensatory damages; pre-judgment interest on the compensatory damages at a rate of 9% per year accruing from March 28, 2023 to the entry of the judgment in the amount $77,957.26; $83,524.00 in attorneys' fees; $2,886.37 in costs; and post-judgment interest pursuant to 28 U.S.C. §1961(a) on the full amount of the judgment; accordingly, the case is closed.

**Dated:**  New York, New York
       December 10, 2025

                                    **TAMMI M. HELLWIG**

                                    _____
                                        **Clerk of Court**

                   **BY:**                           
                                    _____
                                        **Deputy Clerk**